**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

HOWARD J. MOORE

    Plaintiff,

v.

                              Case No: 07-15417-DT

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    This matter case was referred to United States Magistrate Judge Mona K. Majzoub pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1.  The magistrate judge issued her report on January 7, 2008, recommending that defendant's motion for summary judgment should be DENIED,  that plaintiff's motion for summary judgment be DENIED and that the case be REMANDED for further proceedings.    No objections have been filed pursuant to 28 U.S.C. 636(b)(1)(C), thus further appeal rights are waived.[1]

    Having reviewed the file and the report, the court concludes that the findings and conclusions of the Magistrate Judge are correct and ADOPTS the same for purposes of this Order.

---

[1]     The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion.  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

## ORDER

IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the plaintiff's motion for summary judgment and the defendant's motion for summary judgment are **DENIED** and the case is **REMANDED** for further proceedings.

IT IS SO ORDERED.

    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  January 28, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 28, 2009, by electronic and/or ordinary mail.

    s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522